1038

No. 1226. Belousek *v.* Illinois. App. Ct. Ill., 1st Dist. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 1230. Thorington et al. *v.* Schuyler, Commissioner of Patents. C. C. P. A. Certiorari denied. *Jay M. Cantor* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for respondent.

No. 1231. Saunders *v.* California. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 1232. Staub Cleaners, Inc., et al. *v.* National Labor Relations Board. C. A. 2d Cir. Certiorari denied. *Irving L. Kessler* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 1234. General Foods Corp. *v.* Perk Foods Co. C. A. 7th Cir. Certiorari denied. *Arthur G. Connolly* and *James M. Mulligan, Jr.,* for petitioner. *Maurice S. Weigle* for respondent.

No. 1237. Deerbourne Civic & Recreation Assn. et al. *v.* City of Richmond. Sup. Ct. App. Va. Certiorari denied. *Claude C. Farmer, Jr.,* for petitioners. *Horace H. Edwards, Charles S. Rhyne,* and *Alfred J. Tighe, Jr.,* for respondent.

No. 1256. Cincinnati Window Cleaning Co. et al. *v.* Walker, Trustee in Bankruptcy. C. A. 6th Cir. Certiorari denied. *Albert Spievack* for petitioners.